IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ERBY TRAVIS NELSON,** | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 5:08-CV-002 (CAR) |
| | : | |
| **JOHN CARY BITTICK,** | : | |
| Defendant. | : | |
| | : | |

_____

### ORDER ON THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 39] that Defendant's Motion for Summary Judgment [Doc. 34] be granted. A copy of the Recommendation was forwarded Plaintiff. It, however, was returned as undeliverable, and no Objection was filed. Having considered the Report and Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**, and the motion is hereby **GRANTED**.

**SO ORDERED**, this 5th day of March, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr